IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00122-PSF-MEH

CAPITOL HILL ACTION AND RECREATION GROUP, INC.,
a Colorado non-profit corporation;
COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit corporation; and
JENNIFER MILLER,

      Plaintiffs,

v.

COLUMBINE CANDY COMPANY, d/b/a STEPHANY'S CHOCOLATES,
a Colorado corporation,

      Defendant.

---

## ORDER SETTING HEARING

---

This matter is before the Court on Defendant's Motion to Withdraw as Attorney (Dkt. # 11), filed April 20, 2006.  IT IS HEREBY ORDERED that counsel for the parties shall appear on **Monday, May 1, 2006 at 11:00 a.m.**, in Courtroom A602 of the U.S. District Court for the District of Colorado, Sixth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado for a hearing on this motion and for a status conference.

      DATED:  April 21, 2006

                                            BY THE COURT:

                                            *s/ Phillip S. Figa*

                                            _____
                                            Phillip S. Figa
                                            United States District Judge