IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00122-PSF-OES

CAPITOL HILL ACTION AND RECREATION GROUP, Inc., a Colorado non-profit
    Corporation, and
COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit Corporation, and
JENNIFER MILLER

    Plaintiffs,

v.

COLUMBINE CANDY COMPANY, d/b/a STEPHANY'S CHOCOLATES, a Colorado
    Corporation,

    Defendant.

_____

### ORDER OF DISMISSAL
_____

This matter is before the Court on consideration of Plaintiffs' Motion to Dismiss with Prejudice (Dkt. # 16), filed May 15, 2006. Having reviewed the motion and being otherwise fully advised, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to bear its own fees and costs.

DATED: May 16, 2006

                                          BY THE COURT:

                                          *s/ Phillip S. Figa*
                                          _____
                                          Phillip S. Figa
                                          United States District Judge